UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION                                                         **O R I G I N A L**

| UNITED STATES OF AMERICA | |
|---|---|
| VS | |
| WILLIAM BRYANT INMAN, JR. | 4:14-CR-039-O(01) |

### ORDER SETTING ADDITIONAL TERMS OF SUPERVISED RELEASE

It is hereby ORDERED that the above-named defendant, while on supervised release, comply with the standard conditions recommended by the U.S. Sentencing Commission and comply with the following additional conditions:

1. The defendant shall not commit another federal, state, or local crime.
2. The defendant shall not illegally possess controlled substances.
3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.
4. The defendant shall not possess a firearm, ammunition, destructive device, or any dangerous weapon.
5. The defendant shall report in person to the U.S. Probation Office in the district to which the defendant is released from the custody of the Federal Bureau of Prisons within 72 hours of release.
6. The defendant shall refrain from any unlawful use of a controlled substance, submitting to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer pursuant to the mandatory drug testing provision of the 1994 crime bill. (Macro MDT1FW)
7. The defendant shall participate in a program approved by the probation officer for treatment of narcotic or drug or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, contributing to the costs of services rendered (copayment) at the rate of at least $25 per month. (Macro 23AFW)
8. The defendant shall refrain from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the probation officer makes a determination that the defendant has fully satisfied the restitution obligation. (Macro 17MC)
9. If, upon commencement of the term of supervised release, any part of the $44,119.27 restitution ordered by this judgment remains unpaid, the defendant shall make payments on such unpaid amount at the rate of at least $300 per month, the first such payment to be made no later than 60 days after the defendant's release from confinement and another payment to be made on the same day of each month thereafter until the restitution amount is paid in full. Any unpaid balance of the restitution ordered by this judgment shall be paid in full 60 days prior to the termination of the term of supervised release. (Macro 15B)

I acknowledge receipt of the foregoing terms of supervise release. I understand them and I waive the reading of them in open court. I agree to be bound by them and subject to revocation for violation of any of them.

_____
William Bryant Inman, Jr., Defendant



Signed September 22, 2014